UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY FRABLE,

    Plaintiff,

v.                                                       CASE NO: 8:10-cv-623-T-26AEP

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Hartford's Unopposed Motion for Order Authorizing Release of Medical Documents (Dkt. 13) is granted.  Hartford's counsel shall furnish the Court a proposed order specific to this case which satisfies the requirements of the Department of Veterans Affairs.

    **DONE AND ORDERED** at Tampa, Florida, on September 14, 2010.

                                               s/*Richard A. Lazzara*
                                             **RICHARD A. LAZZARA**
                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record